Derrick HOPSON, Petitioner–
Appellant,

v.

Burl CAIN, Warden, Louisiana State
Penitentiary, Respondent–
Appellee.

No. 02–31024.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Dec. 30, 2003.

Derrick Hopson, pro se, Louisiana De-
partment of Safety & Corrections, Angola,
LA, for Petitioner–Appellant.

Louis Gerard Authement, District Attor-
ney's Office, Hahnville, LA, for Respon-
dent–Appellee.

Before REAVLEY, JONES and
PRADO, Circuit Judges.

PER CURIAM.*

Derrick Hopson, Louisiana prisoner
# 315293, was convicted after a jury trial
of second degree murder and was sen-
tenced to life imprisonment. The district
court denied his 28 U.S.C. § 2254 petition.
A certificate of appealability was granted
on the issue of whether the evidence was
sufficient to support his conviction.

Hopson contends that there was insuffi-
cient evidence to identify him as having
been at the scene of the crime or to estab-
lish that he had the requisite specific in-
tent to kill or to inflict great bodily harm.
See LA.REV.STAT. ANN. § 30:1. The state
appellate court rejected these arguments.

Under the Antiterrorism and Effective
Death Penalty Act, we may not grant ha-
beas relief unless the state court's decision
was contrary to, or involved an unreason-
able application of clearly established fed-
eral law as determined by the Supreme
Court. 28 U.S.C. § 2254(d). Viewing the
evidence in the light most favorable to the
jury's verdict, as we must, see *Jackson v.
Virginia,* 443 U.S. 307, 319, 99 S.Ct. 2781,
61 L.Ed.2d 560 (1979), we hold that the

---

state court's determination was not an unreasonable application of clearly established federal law. *See Foster v. Johnson,* 293 F.3d 766, 776 (5th Cir.), *cert. denied,* 537 U.S. 1054, 123 S.Ct. 625, 154 L.Ed.2d 532 (2002); *Foy v. Donnelly,* 959 F.2d 1307, 1316 (5th Cir.1992).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.